B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**WESTERN DIVISION (ROCKFORD)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Panzloff, Lindsey Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Frazier, Courtney Lavelle** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Lindsey Marie Frazier** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-5405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-1968** |
| Street Address of Debtor (No. and Street, City, and State):<br>**334 Jasmine Ct.**<br>**DeKalb, IL.**<br>ZIP CODE **60115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**334 Jasmine Ct.**<br>**DeKalb, IL.**<br>ZIP CODE **60115** |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business:<br>**DeKalb** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed  (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box:          Chapter 11 Debtors
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)    Page 2

## Voluntary Petition
*(This page must be completed and filed in every case.)*

| Name of Debtor(s): | **Lindsey Marie Panzloff** |
| | **Courtney Lavelle Frazier** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each<br><br>X  /s/ Sharon Sheehan                                    7/24/2012<br>      Sharon Sheehan                                              Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.38.5, ID 2928852462)*

| Voluntary Petition | Name of Debtor(s): **Lindsey Marie Panzloff** |
|---|---|
| *(This page must be completed and filed in every case)* | **Courtney Lavelle Frazier** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a (Check only one box.) |
| **X** /s/ Lindsey Marie Panzloff<br>**Lindsey Marie Panzloff** | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. |
| **X** /s/ Courtney Lavelle Frazier<br>**Courtney Lavelle Frazier** | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting |
| Telephone Number (If not represented by attorney) | **X** _____<br>(Signature of Foreign Representative) |
| **7/24/2012**<br>Date | _____<br>(Printed Name of Foreign Representative) |
| | _____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Sharon Sheehan | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § |
| **Sharon Sheehan**          Bar No. **6243875** | |
| **Sheehan Law Office, PC**<br>**PO Box 672**<br>**1590 E. Lincoln Hwy. Ste. B**<br>**DeKalb, IL 60115** | |
| Phone No.**(815) 754-1484**    Fax No.**(815) 754-1486** | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **7/24/2012**<br>Date | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry | |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | _____<br>Address |
| | **X** _____ |
| | _____<br>Date |
| **X** _____<br>Signature of Authorized Individual | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or |
| _____<br>Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy |
| _____<br>Title of Authorized Individual | If more than one person prepared this document, attach additional sheets |
| _____<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in* |

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:  **Lindsey Marie Panzloff**                                    Case No. _____
        **Courtney Lavelle Frazier**                                                  (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you
do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to resume collection**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a
separate Exhibit D.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available
credit counseling
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available
credit couseling
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing
within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the agency that provided
the counseling, together
with a copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Lindsey Marie Panzloff**                                    Case No. _____
         **Courtney Lavelle Frazier**                                                    (if known)

                   Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable

   ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lindsey Marie Panzloff**   _____
                              Lindsey Marie Panzloff

Date:   **7/24/2012**   _____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:  **Lindsey Marie Panzloff**                                           Case No.  _____
          **Courtney Lavelle Frazier**                                                                  (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you**
**cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens,**
**you will lose whatever filing fee you paid, and your creditors will be able to resume collection**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days**
**after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together**
**with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in**
**dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Lindsey Marie Panzloff**                                    Case No. _____
         **Courtney Lavelle Frazier**                                                (if known)

                  Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to

        ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable

        ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Courtney Lavelle Frazier** _____
                        Courtney Lavelle Frazier

Date:   **7/24/2012** _____

B6A (Official Form 6A) (12/07)

In re  **Lindsey Marie Panzloff**                                          Case No. _____
       **Courtney Lavelle Frazier**                                                        (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Lindsey Marie Panzloff**                                Case No.  _____
  **Courtney Lavelle Frazier**                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 1. Cash on hand. | | gas money | J | $17.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | saving<br>il comunity credit union | W | $0.17 |
| | | savings<br>il comunity credit union | J | $0.00 |
| | | Checking and savings<br>National bank and trust company dekak il | J | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1 sofa, 1 love seat, 2 tv's 64in / 36in 2beds, coffee table and 2 end tables, dining room table<br>my home | J | $500.00 |
| | | No Description | J | $0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | closet of womens and closet of mens clothes<br>my home | J | $160.00 |
| 7. Furs and jewelry. | | our wedding rings<br>on our body | J | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lindsey Marie Panzloff**                          Case No. _____
       **Courtney Lavelle Frazier**                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lindsey Marie Panzloff**                                    Case No. _____
       **Courtney Lavelle Frazier**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | No Description | J | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lindsey Marie Panzloff**                    Case No. _____
      **Courtney Lavelle Frazier**                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 97 pontiac grand am owned | H | $300.00 |
| | | 2006 chevy impala il comunity credit union | H | $7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | laptop my home | J | $40.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lindsey Marie Panzloff**          Case No. _____
**Courtney Lavelle Frazier**                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**          **$8,217.17**

B6C (Official Form 6C) (4/10)

In re  **Lindsey Marie Panzloff**                    Case No. _____
       **Courtney Lavelle Frazier**                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed | Current Value of Property Without |
|---|---|---:|---:|
| gas money | 735 ILCS 5/12-1001(b) | $17.00 | $17.00 |
| saving<br>il comunity credit union | 735 ILCS 5/12-1001(b) | $0.17 | $0.17 |
| 1 sofa, 1 love seat, 2 tv's 64in / 36in<br>2beds, coffee table and 2 end tables,<br>dining room table<br>my home | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| closet of womens and closet of mens<br>clothes<br>my home | 735 ILCS 5/12-1001(a), (e) | $160.00 | $160.00 |
| our wedding rings<br>on our body | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| 97 pontiac grand am<br>owned | 735 ILCS 5/12-1001(c) | $300.00 | $300.00 |
| 2006 chevy impala<br>il comunity credit union | 735 ILCS 5/12-1001(c) | $4,500.00 | $7,000.00 |
| laptop<br>my home | 735 ILCS 5/12-1001(b) | $40.00 | $40.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$5,717.17** | **$8,217.17** |

B6D (Official Form 6D) (12/07)

In re **Lindsey Marie Panzloff**      Case No. _____

     **Courtney Lavelle Frazier**                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING | UNSECURED PORTION, |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx7143**<br><br>**III Comm CU**<br>**508 W State PO Box 349**<br>**Sycamore, IL 60178** | | J | DATE INCURRED: **12/03/2011**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Vehicle**<br>REMARKS:<br><br>VALUE: **$7,000.00** | | | | **$8,598.00** | **$1,598.00** |
| ACCT #: **xxxxxxxx9201**<br><br>**Personal Finance/p315**<br>**1624 DeKalb Ave**<br>**Sycamore, IL 60178** | | J | DATE INCURRED: **03/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**1997 Grand Am**<br>REMARKS:<br><br>VALUE: **$300.00** | | | | **$2,730.00** | **$2,430.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$11,328.00** | **$4,028.00** |
| | | | Total (Use only on last page) > | | | | **$11,328.00** | **$4,028.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related

B6E (Official Form 6E) (04/10)

In re  **Lindsey Marie Panzloff**                                    Case No. _____
       **Courtney Lavelle Frazier**                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Lindsey Marie Panzloff**                              Case No. _____
       **Courtney Lavelle Frazier**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx0808**<br>**1st Franklin**<br>**706 Mississippi 12**<br>**Starkville, MS 39759** | | H | DATE INCURRED:  **06/06/2006**<br>CONSIDERATION:<br>**Household Goods and Other Collateral Auto**<br>REMARKS: | | | | $325.00 |
| ACCT #:  **xxxxxxx0001**<br>**1st Heritage**<br>**448 Highway 12 West**<br>**Starkville, MS 39759** | | J | DATE INCURRED:  **05/04/2006**<br>CONSIDERATION:<br>**Note Loan**<br>REMARKS: | | | | $347.00 |
| ACCT #:  **xxxxx3314**<br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**PO Box 3097**<br>**Bloomington, IL 61702** | | J | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Collector for AT&T** | | | | $483.00 |
| ACCT #:  **xx9879**<br>**Amer Coll Co/ACC International**<br>**ACC International**<br>**919 Estes Ct.**<br>**Schaumburg, IL 60193** | | J | DATE INCURRED:  **07/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for TCF Bank** | | | | $445.00 |
| ACCT #:  **xxxxx4688**<br>**Cbe Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | J | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for ComEd** | | | | $418.00 |
| ACCT #:  **xxxxx0325**<br>**Cbe Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | J | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for DirecTV** | | | | $295.00 |
| | | | Subtotal > | | | | $2,313.00 |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the | | | | |

_____**7**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lindsey Marie Panzloff**   Case No. _____
**Courtney Lavelle Frazier**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx1802** <br> **Cbe Group** <br> **1309 Technology Pkwy** <br> **Cedar Falls, IA 50613** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown Loan Type** <br> REMARKS: <br> **Collector for Dish Network** | | | | $208.00 |
| ACCT #: **x013D** <br> **Certified Services Inc** <br> **PO Box 177** <br> **Waukegan, IL 60079** | | J | DATE INCURRED: **07/2011** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: <br> **Collector for DeKamore Dental DeKalb, IL** | | | | $53.00 |
| ACCT #: **xxxx6356** <br> **Check Advance** <br> **Financial Filing Reporting** <br> **4613 N. University Dr. #197** <br> **Coral Springs, FL 33067** | | H | DATE INCURRED: **2006** <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $605.00 |
| ACCT #: **xxxx4026** <br> **Credit Management Lp** <br> **4200 International Pkwy** <br> **Carrollton, TX 75007** | | J | DATE INCURRED: **03/2009** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: <br> **Collector for Comcast** | | | | $675.00 |
| ACCT #: **x3279** <br> **Delnor Express Care** <br> **PO Box 3199** <br> **Carol Stream, IL 60132** | | J | DATE INCURRED: **4/14/12** <br> CONSIDERATION: <br> **Medical Care** <br> REMARKS: | | | | $170.50 |
| ACCT #: **xxxxxxx7258** <br> **Dependon Collection Se** <br> **Attn: Bankruptcy** <br> **PO Box 4833** <br> **Oak Brook, IL 60523** | | J | DATE INCURRED: **04/2008** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: <br> **Collector for Delnor Hospital, Geneva IL 60134** | | | | $332.00 |

Sheet no. _____**1**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,043.50

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable,
on the

B6F (Official Form 6F) (12/07) - Cont.

In re **Lindsey Marie Panzloff**                                      Case No. _____
        **Courtney Lavelle Frazier**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx0469**<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | J | DATE INCURRED:  **10/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Sprint** | | | | $809.00 |
| ACCT #:  **xxxx6703**<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | J | DATE INCURRED:  **01/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Dish Network** | | | | $208.00 |
| ACCT #:  **xxxxxx9470**<br>**Franklin Collection Sv**<br>**2978 W Jackson St**<br>**Tupelo, MS 38801** | | J | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for OKTIBBEHA COUNTY HOSPITAL** | | | | $589.00 |
| ACCT #:  **xxxxxxxxxxxx6105**<br>**Frontier**<br>**PO Box 20550**<br>**Rochester, NY 14602** | | W | DATE INCURRED:  **2010-2011**<br>CONSIDERATION:<br>**Phone service**<br>REMARKS: | | | | $486.90 |
| ACCT #:  **xxx7781**<br>**H & R Accounts Inc**<br>**P.O. Box 672**<br>**Moline, IL 61265** | | J | DATE INCURRED:  **12/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Kishwaukee Community Hospital, DeKalb,IL** | | | | $5,162.00 |
| ACCT #:  **xxx9859**<br>**H & R Accounts Inc**<br>**P.O. Box 672**<br>**Moline, IL 61265** | | J | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Kishwaukee Community Hospital, DeKalb, IL** | | | | $25.00 |

Sheet no. _____**2**_____ of _____**7**_____ continuation sheets attached to        Subtotal >    $7,279.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable,**
                                                            **on the**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindsey Marie Panzloff**
**Courtney Lavelle Frazier**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx7143**<br>**Ill Comm Cu**<br>**508 W State PO Box 349**<br>**Sycamore, IL 60178** | | J | DATE INCURRED:  **11/03/2011**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1,001.00** |
| ACCT #:  **xxxx1143**<br>**Ill Comm Cu**<br>**508 W State PO Box 349**<br>**Sycamore, IL 60178** | | J | DATE INCURRED:  **05/18/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:  **xxxx7144**<br>**Ill Comm Cu**<br>**508 W State PO Box 349**<br>**Sycamore, IL 60178** | | J | DATE INCURRED:  **04/03/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$911.00** |
| ACCT #:  **xxxxx6273**<br>**Illinois State Tollway Authority**<br>**Law Offices of Thomas Planera & Assoc.**<br>**4440 Lincoln Hwy. Ste 301**<br>**Matteson, IL 60443** | | H | DATE INCURRED:  **2007-2010**<br>CONSIDERATION:<br>**unpaid tolls**<br>REMARKS: | | | | **$8,510.46** |
| ACCT #:  **5405**<br>**Kishwaukee Community Hospital**<br>**1 Health Service Drive**<br>**DeKalb, IL 60115** | | W | DATE INCURRED:  **2010-2012**<br>CONSIDERATION:<br>**Medical care**<br>REMARKS: | | | | **$16,788.57** |
| ACCT #:  **xxxxxxxxxxx0364**<br>**Kohls/Capone**<br>**Po Box 3115**<br>**Milwaukee, WI 53201** | | J | DATE INCURRED:  **11/2011**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$268.00** |

Sheet no. ____**3**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$28,479.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindsey Marie Panzloff**                                    Case No. _____
       **Courtney Lavelle Frazier**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx6156**<br>**MRSI**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | | J | DATE INCURRED:  **04/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Kishwaukee Community Hospital, DeKalb, IL** | | | | $2,445.00 |
| ACCT #:  **xxxxxxxx9801**<br>**Personal Finance/p315**<br>**1624 DeKalb Ave.**<br>**Sycamore, IL 60178** | | J | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Household Goods Secured**<br>REMARKS: | | | | $2,806.00 |
| ACCT #:  **xx7154**<br>**Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** | | J | DATE INCURRED:  **12/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Dr. David Junck Oral Maxillo Facial Surgeon 1675 Bethany Rd Ste A, Sycamore, IL** | | | | $173.00 |
| ACCT #:  **xx5434**<br>**Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** | | J | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for MidWest Orthopedics Sycamore, IL** | | | | $107.00 |
| ACCT #:  **xxxxx84N1**<br>**Rrca Acct Mgmt**<br>**201 E 3rd St**<br>**Sterling, IL 61081** | | J | DATE INCURRED:  **03/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for City of DeKalb, IL - ambulance service** | | | | $354.00 |
| ACCT #:  **xxxxx30N1**<br>**Rrca Acct Mgmt**<br>**201 E 3rd St**<br>**Sterling, IL 61081** | | J | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for City of DeKalb, IL** | | | | $50.00 |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to                                    Subtotal >   | $5,935.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable,**
                                                        **on the**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindsey Marie Panzloff**                              Case No. _____
**Courtney Lavelle Frazier**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx6984**<br>**Security Credit Servic**<br>**PO Box 1156**<br>**2653 Oxford Loop**<br>**Oxford, MS 38655** | | H | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Bancorp South** | | | | $62.00 |
| ACCT #:  **xxxxx1048**<br>**Security Fin**<br>**SFC Centralized Bankruptcy**<br>**PO Box 1893**<br>**Spartanburg, SC 29304** | | J | DATE INCURRED:  **05/29/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Security Financial (local office)**<br>**1408 A Sycamore Road**<br>**DeKalb, IL 60115** | | | | $1,521.00 |
| ACCT #:  **xxxxx1048**<br>**Security Fin**<br>**SFC Centralized Bankruptcy**<br>**PO Box 1893**<br>**Spartanburg, SC 29304** | | J | DATE INCURRED:  **05/30/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Security Financial (local office)**<br>**1408 A Sycamore Road**<br>**DeKalb, IL 60115** | | | | $1,140.00 |
| ACCT #:  **xxxx3174**<br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | J | DATE INCURRED:  **05/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for Provenia Hospital Aurora, IL** | | | | $654.00 |
| ACCT #:  **xx4767**<br>**Stellar Recovery Inc**<br>**1845 Highway 93 South**<br>**Kalispell, MT 59901** | | W | DATE INCURRED:  **12/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collector for TMobile** | | | | $374.00 |
| ACCT #:  **xxxxxx0017**<br>**Trac-a-chec**<br>**PO Box 2764**<br>**Davenport, IA 52809** | | J | DATE INCURRED:  **04/2007**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS:<br>**Collector for Casey's PawPaw, IL** | | | | $85.00 |

Sheet no. ____**5**____ of ____**7**____ continuation sheets attached to                                          Subtotal >     | $3,836.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindsey Marie Panzloff**                              Case No. _____
**Courtney Lavelle Frazier**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx0101**<br>**Trac-a-chec**<br>**PO Box 2764**<br>**Davenport, IA 52809** | | J | DATE INCURRED:  **04/2007**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS:<br>**Collector for Casey's PawPaw, IL** | | | | $55.00 |
| ACCT #:  **xxxxxxx0044**<br>**Trac-a-chec**<br>**PO Box 2764**<br>**Davenport, IA 52809** | | J | DATE INCURRED:  **04/2007**<br>CONSIDERATION:<br>**Returned Check**<br>REMARKS:<br>**Collector for Casey's PawPaw, IL** | | | | $40.00 |
| ACCT #:  **xxxxxxxxxx2674**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | J | DATE INCURRED:  **05/28/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,410.00 |
| ACCT #:  **xxxxxxxxxx2774**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | J | DATE INCURRED:  **05/28/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $3,006.00 |
| ACCT #:  **xxxxxxxxxx2874**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | H | DATE INCURRED:  **05/28/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $1,504.00 |
| ACCT #:  **xxxxxxxxxx0001**<br>**Verizon**<br>**Verizon Wireless Department/Attn: Bankru**<br>**PO Box 3397**<br>**Bloomington, IL 61702** | | J | DATE INCURRED:  **05/2011**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $1,779.00 |

Sheet no. _____**6**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $9,794.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable,
on the

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindsey Marie Panzloff**                              Case No. _____
       **Courtney Lavelle Frazier**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx6401**<br>**World Finance Corp**<br>**2587 Sycamore Rd**<br>**De Kalb, IL 60115** | | J | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,670.00 |
| ACCT #:  **xxxxxxxx4701**<br>**World Finance Corp**<br>**2587 Sycamore Rd**<br>**De Kalb, IL 60115** | | J | DATE INCURRED:  **03/2012**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $2,144.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**7**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $4,814.00 |
|---|---|---|
|  | **Total >** | $64,494.43 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**

B6G (Official Form 6G) (12/07)

In re  **Lindsey Marie Panzloff**                    Case No. _____
       **Courtney Lavelle Frazier**                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Lindsey Marie Panzloff**                                    Case No. _____
    **Courtney Lavelle Frazier**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Lindsey Marie Panzloff**                                        Case No. _____
       **Courtney Lavelle Frazier**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not
a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Receptioist | Department Head |
| Name of Employer | Bethany Animal Hospital | Woodmans Food Market |
| How Long Employed | 3 years 5 months | 3 years 1 month |
| Address of Employer | 2400 Bethany rd | North Aurora, IL |
| | Sycamore, IL 60178 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,398.24 | $2,747.33 |
| 2.   Estimate monthly overtime | $472.79 | $0.00 |
| 3.   SUBTOTAL | **$1,871.03** | **$2,747.33** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $174.98 | $343.85 |
|    b. Social Security Tax | $27.13 | $155.22 |
|    c. Medicare | $0.00 | $0.00 |
|    d. Insurance | $0.00 | $325.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify)    social security | $78.59 | $0.00 |
|    h. Other (Specify) _____ | $0.00 | $0.00 |
|    i. Other (Specify) _____ | $0.00 | $0.00 |
|    j. Other (Specify) _____ | $0.00 | $0.00 |
|    k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$280.70** | **$824.07** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$1,590.33** | **$1,923.26** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): | | |
| | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
|    a. Social Security/Gov. Assist.            / Social Security/Gov. Assist. | $0.00 | $0.00 |
|    b._____ | $0.00 | $0.00 |
|    c._____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,590.33** | **$1,923.26** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,513.59** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Lindsey Marie Panzloff**                     Case No. _____
        **Courtney Lavelle Frazier**                                 (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $950.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☒ No | |
|    b. Is property insurance included?  ☐ Yes  ☒ No | |
| 2. Utilities:  a. Electricity and heating fuel | $257.00 |
|          b. Water and sewer | $188.70 |
|          c. Telephone | $174.00 |
|          d. Other:  Gas (nicore) | $56.42 |
| 3. Home maintenance (repairs and upkeep) | $0.00 |
| 4. Food | $235.00 |
| 5. Clothing | $0.00 |
| 6. Laundry and dry cleaning | $15.00 |
| 7. Medical and dental expenses | $0.00 |
| 8. Transportation (not including car payments) | $360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $0.00 |
|          b. Life | $0.00 |
|          c. Health | $57.75 |
|          d. Auto | $185.00 |
|          e. Other:  dog insurance | $47.93 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | $365.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | $210.00 |
|          b. Other:  personal "signiture" loans | $903.00 |
|          c. Other: | $0.00 |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | $0.00 |
| 15. Payments for support of add'l dependents not living at your home: | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other: pay to ipass collector | $400.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,404.80** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this<br>document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $3,513.59 |
| b. Average monthly expenses from Line 18 above | $4,404.80 |
| c. Monthly net income (a. minus b.) | ($891.21) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  **Lindsey Marie Panzloff**                                         Case No.
**Courtney Lavelle Frazier**

Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $8,217.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $11,328.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $64,494.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,513.59 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,404.80 |
| TOTAL | | 21 | $8,217.17 | $75,822.43 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION (ROCKFORD)

In re    **Lindsey Marie Panzloff**        Case No.
        **Courtney Lavelle Frazier**

       Chapter    **7**


# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy
Code (11 U.S.C.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units | $0.00 |
| Claims for Death or Personal Injury While Debtor Was | $0.00 |
| Student Loan Obligations (from Schedule F) | $7,920.00 |
| Domestic Support, Separation Agreement, and Divorce Decree | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar | $0.00 |
| **TOTAL** | **$7,920.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,513.59 |
| Average Expenses (from Schedule J, Line 18) | $4,404.80 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B | $5,341.45 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" | | $4,028.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO | | $0.00 |
| 4. Total from Schedule F | | $64,494.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $68,522.43 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Lindsey Marie Panzloff**                                    Case No. _____
**Courtney Lavelle Frazier**                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **7/24/2012** _____         Signature _**/s/ Lindsey Marie Panzloff**_____
                                                              **Lindsey Marie Panzloff**


Date **7/24/2012** _____         Signature _**/s/ Courtney Lavelle Frazier**_____
                                                              **Courtney Lavelle Frazier**
                                                   [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to
5 years or_

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   **Lindsey Marie Panzloff**                                    CASE NO
            **Courtney Lavelle Frazier**
                                                                          CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and
   that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for

   For legal services, I have agreed to accept:                              **$1,100.00**

   Prior to the filing of this statement I have received:                    **$1,100.00**

   Balance Due:                                                                  **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or
   associates of my law firm.  A copy of the agreement, together with a list of the names of the people

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for

| **7/24/2012** | **/s/ Sharon Sheehan** |
|---|---|
| *Date* | *Sharon Sheehan*                    Bar No.  6243875 |
| | Sheehan Law Office, PC |
| | PO Box 672 |
| | 1590 E. Lincoln Hwy. Ste. B |
| | DeKalb, IL 60115 |
| | Phone: (815) 754-1484 / Fax: (815) 754-1486 |

---

  **/s/ Lindsey Marie Panzloff**                                **/s/ Courtney Lavelle Frazier**

**Lindsey Marie Panzloff**                                       **Courtney Lavelle Frazier**

Debtor(s): Lindsey Marie Panzloff
Courtney Lavelle Frazier

Case No.
Chapter: 7

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

1st Franklin
706 Mississippi 12
Starkville, MS 39759

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Personal Finance/p315
1624 DeKalb Ave
Sycamore, IL 60178


1st Heritage
448 Highway 12 West
Starkville, MS 39759

Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801

Rockford Mercantile
2502 S. Alpine Rd
Rockford, IL 61108


Afni, Inc.
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702

Frontier
PO Box 20550
Rochester, NY 14602

Rrca Acct Mgmt
201 E 3rd St
Sterling, IL 61081


Amer Coll Co/ACC International
ACC International
919 Estes Ct.
Schaumburg, IL 60193

H & R Accounts Inc
P.O. Box 672
Moline, IL 61265

Security Credit Servic
PO Box 1156
2653 Oxford Loop
Oxford, MS 38655


Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Ill Comm CU
508 W State PO Box 349
Sycamore, IL 60178

Security Fin
SFC Centralized Bankruptcy
PO Box 1893
Spartanburg, SC 29304


Certified Services Inc
PO Box 177
Waukegan, IL 60079

Illinois State Tollway Authorit
Law Offices of Thomas Planera &
4440 Lincoln Hwy. Ste 301
Matteson, IL 60443

State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716


Check Advance
Financial Filing Reporting
4613 N. University Dr. #197
Coral Springs, FL 33067

Kishwaukee Community Hospital
1 Health Service Drive
DeKalb, IL 60115

Stellar Recovery Inc
1845 Highway 93 South
Kalispell, MT 59901


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Kohls/Capone
Po Box 3115
Milwaukee, WI 53201

Trac-a-chec
PO Box 2764
Davenport, IA 52809


Delnor Express Care
PO Box 3199
Carol Stream, IL 60132

MRSI
2250 E Devon Ave Ste 352
Des Plaines, IL 60018

Us Dept Of Education
Attn: Borrowers Service Dept
PO Box 5609
Greenville, TX 75403


Dependon Collection Se
Attn: Bankruptcy
PO Box 4833
Oak Brook, IL 60523

Personal Finance/p315
1624 DeKalb Ave.
Sycamore, IL 60178

Verizon
Verizon Wireless Department/Att
PO Box 3397
Bloomington, IL 61702

Debtor(s):  **Lindsey Marie Panzloff**
**Courtney Lavelle Frazier**

Case No.
Chapter: 7

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

```
World Finance Corp
2587 Sycamore Rd
De Kalb, IL 60115
```